*E-FILED 7/23/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDY BARRIOS, | No. C 07-02189 RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JANPRO, INC., et al. | |
| Defendants. | |

The above-entitled case is scheduled for a Case Management Conference on July 25, 2007 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. No Case Management Statement has been filed. Therefore, the Court continues the case management conference to **August 29, 2007 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **August 22, 2007;** other deadlines set in the Order Setting Initial Case Management Conference are continued accordingly.

IT IS SO ORDERED.

Dated: 7/23/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS DELIVERED BY FACSIMILE TO:**

James Dal Bon
Fax: 408-292-1045

Dated: 7/23/07

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2