James Dal Bon  (157942)
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4729

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| EDY BARRIOS<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>JANPRO INC., JOSE MENDOZA, DOES 1 - 10,<br><br>　　　　Defendants | Case No.:  C 07 02189<br><br>MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff moves to continue the case management conference set for 5/9/08 at 10:30 am for the following good cause:

　　1)　　Plaintiff's counsel has set four Motions to Compel Answers to Discovery on June 4, 2008 in front of Judge Richard Seeborg.

　　2)　　Since the Defense counsel has not been answering discovery nor attending the latest Case Management Conferences, it is unlikely the status of the case will change until after these motions are heard.

　　3)　　Plaintiff respectfully requests that the Case Management Conference be moved to June 20th 2008 after a decision has been rendered in the Motions to Compel Answers

1

to Discovery.

May 8, 2008

                                        Respectfully Submitted

                                        _____s/jdb_____

1

Dated:     5/8/08

It is so ordered.

_____
Honorable District Court Judge
Jeremy Fogel