**United States District Court**
For the Northern District of California

1

2

3                                                                        **\*E-FILED 5/28/08\***

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                        SAN JOSE DIVISION

9     EDY BARRIOS,                                       NO. C 07-02189 JF (RS)

10                    Plaintiff,                         **ORDER GRANTING MOTIONS
                                                         TO COMPEL**
11          v.

12    JANPRO, INC., JOSE MENDOZA, DOES 1-10,

13                    Defendants

14    _____/

15

16                                       I.  INTRODUCTION

17          Plaintiff Edy Barrios has filed federal and California claims for recovery of unpaid

18    overtime wages and related penalties against Janpro, Inc., a San Jose janitorial services firm,

19    and Jose Mendoza, President of Janpro.   On October 2, 2007, Barrios served Janpro and

20    Mendoza with special interrogatories and a request for the production of documents related to

21    her employment hours and duties. (Pl. Ex. 2.)  After several failed attempts to obtain this

22    discovery from Janpro and Mendoza over the course of six months, she has filed four related

23    motions to compel discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure.

24    These include two motions to compel response to special interrogatories, filed against Janpro

25    and Mendoza, and two motions to compel production of documents, again against Janpro and

26    Mendoza.  Barrios has provided the required certification that she has made a good faith effort

27    to obtain this discovery without court action.  (Pl. Mots. to Compel 2.)  The Court finds these

28    matters suitable for disposition without oral argument, pursuant to Civil Local Rule 7-1(b).  As

                                                  1

1 the information sought appears reasonably calculated to lead to the discovery of admissible

2 evidence and the motions are unopposed, they will be granted.

## II.  BACKGROUND

4          Pursuant to FRCP 33 and 34, Plaintiff served special interrogatories and a request to

5 produce documents upon Janpro and Mendoza on October 2, 2007.  (Pl. Ex. 1.)  Janpro and

6 Mendoza failed to respond to either request within 30 days, as required under FRCP 33(b)(2)

7 (pertaining to special interrogatories) and FRCP 34(b)(2)(A) (pertaining to the production of

8 documents).  Instead, on November 15th, Defendants wrote to Barrios to request a two-week

9 extension.  (Pt. Ex. 3.)  Despite three written inquiries and warnings of a motion to compel (Pl.

10 Ex. 5-7), Defendants have failed to provide this discovery and instead have requested

11 extensions, but then missed deadlines (Pl. Ex. 3, 7-8).  On March 13, 2008, Defendants

12 requested delay of the Rule 37 motions, indicating that one of defense counsel's colleagues had

13 committed suicide earlier that week.  (Pl. Ex. 8.)  Having not received the requested documents

14 three weeks later, Barrios filed these motions to compel on April 5, 2008.

## III.  STANDARDS

16          Under FRCP 33 and 34, a party answering special interrogatories or a request for the

17 production of documents must provide a written response to each item requested within 30

18 days of service.  Fed. R. Civ. P. 33(b)(2), 34(b)(2).  This response must include either a

19 specific objection, an answer to the interrogatory, or an agreement to produce each of the

20 documents requested.  Fed. R. Civ. P. 34(b)(2)(A), (B).  FRCP 37 grants judicial authority to

21 compel disclosure where a party has failed to provide authorized discovery in a timely fashion.

22 A judge may grant a motion to compel discovery upon certification that the moving party has

23 attempted in good faith to obtain the discovery without court action.  Fed. R. Civ. P 37(a)(1).

## IV.  DISCUSSION

25          Plaintiff has provided sufficient documentation and certification that Defendants failed

26 to produce timely discovery as required by FRCP 33 and 34, and that she attempted to obtain

27 the requested discovery without court involvement.  (Pl. Ex. 3-8; Pl. Mots. to Compel 2).

28 While the Court has sympathy for the loss suffered by defense counsel in March, his

*United States District Court*
For the Northern District of California

1   deficiencies in discovery predate this event by several months. (Id.) As Plaintiff's requests

2   appear reasonably calculated to lead to the discovery of admissible evidence, as required by

3   FRCP 26, and the motions are unopposed, the motions are granted.

V.   CONCLUSION

5       The four motions to compel are granted.  Defendants are ordered to respond to

6   Plaintiff's special interrogatories and to produce the requested documents within 10 days of

7   this order.

8

9   IT IS SO ORDERED.

10  Dated:  May 28, 2008

    _____
    RICHARD SEEBORG
11  United States Magistrate Judge

**United States District Court**
For the Northern District of California

3

1   **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2   Alfred R. Buzo      alfredbuzo@hotmail.com

3   James Dal Bon      jdblaw@earthlink.net

4

5   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the Court's CM/ECF program.

6

7   **Dated: 5/28/08**                                            **Richard W. Wieking, Clerk**

8
                                                                 **By:          Chambers**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2                                                                                4

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California