UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDY BARRIOS,<br>        Plaintiff,<br><br>   V.<br><br>JANPRO INC.,<br>        Defendants. | Case No.  CV-07-2189-JF<br><br>ORDER TO SHOW CAUSE RE:<br>SANCTIONS |

The above named matter came regularly for a case management conference before the Honorable Jeremy Fogel in Courtroom 3, on July 18, 2008 at 10:30 a.m. No appearance was made by Alfred Buzo, counsel for defendants.  Mr. Buzo is hereby ORDERED TO SHOW CAUSE why sanctions should not be imposed against him for his failure to appear or otherwise participate in the defense of the above entitled case.  A hearing shall be held on August 8, 2008 at 10:30 a.m.  Mr. Buzo shall be personally present at the hearing.

Dated: July 23, 2008

_____
JEREMY FOGEL
United States District Judge