| | |
|---|---|
| 1 | ALFRED R. BUZO, State Bar No.: 177377<br>BUZO LAW OFFICES |
| 2 | 2059 Camden Ave., #165<br>San Jose, CA  95124 |
| 3 | (408) 590-5334 Telephone<br>alfred@buzolaw.com |
| 4 | |
| 5 | Attorney for Defendants |
| 6 | JAMES DAL BON,<br>LAW OFFICES OF JAMES DAL BON |
| 7 | 28 North 1st Street Suite 210<br>San Jose, CA 95113 |
| 8 | (408)297-4729<br>jdblaw@earthlink.net |
| 9 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDY BARRIOS, | ) | No.  C07 02189 |
|  | ) |  |
|     Plaintiff, | ) | JOINT MOTION TO CHANGE CASE |
|  | ) | MANAGEMENT ORDER |
|     v. | ) |  |
|  | ) |  |
| JANPRO, INC., JOSE MENDOZA, and | ) |  |
| DOES 1 to 50, inclusive. | ) |  |
|  | ) |  |
|     Defendants. | ) |  |
| _____ | ) |  |

Plaintiff attorney James Dal Bon and Defense Attorney Alfred Buzo appeared at a Case Management Conference on August 8, 2008 at 10:00am in which the Honorable Judge Jeremy Fogel ordered the Defense counsel to appear with his client at a deposition on August 26, 2008 followed by a Case Settlement Conference before September 12, 2008.

1

The parties respectfully request that Judge Fogel modify his order as follows:

1) The Defendant's deposition will occur on August 13, 2008 at 1:30pm at plaintiff's office at 28 North 1st Street, Suite 210, San Jose, CA 95113.

2) The case will be mediated before the Honorable Judge Alex Saldamando at ADR Services at 50 Fremont Street Suite 2110, San Francisco, California 94105 Tel (415) 772-0900

3) The Defense counsel will be held to the same sanctions if he does not appear with his client at the modified times.

Parties assert that the following good cause exists to request a modification of the order:

1) Honorable Magistrate Judge Seeborg is extremely busy and may not be able to fit the case management conference into his schedule before September 12, 2008. The Parties do not wish to burden the federal courts if they can resolve this case through private mediation.

2) The parties have already cleared the modified dates with their clients and defense counsel has shown a good faith effort by working with Plaintiff's counsel for approximately two hours following the August 8, 2008 Case Management Conference to prepare these stipulations and ensure that he and is client will comply.

Respectfully Submitted,

BUZO LAW OFFICES

By: s/Alfred Buzo_____
ALFRED R. BUZO
Attorney for Defendants

Dated: August 8, 2008          LAW OFFICES OF JAMES DAL BON

By: _____s/jdb_____
JAMES DAL BON
Attorney for Plaintiff

2

It is so Ordered

Dated: 8/12/08

_____
Honorable Judge Jeremy Fogel

3