**E-Filed 6/16/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDY BARRIOS,<br><br>        Plaintiff,<br><br>    v.<br><br>JANPRO, INC., et al.,<br><br>        Defendants. | Case Number C 07-2189 JF (RS)<br><br>ORDER OF DISMISSAL |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated: June 16, 2009

                                              _____<br>
                                              JEREMY FOGEL<br>
                                              United States District Judge

1  Copies of Order served on:

2  Jacob William Sider jacobsider@gmail.com

3  James Dal Bon jdblaw@earthlink.net

4  Jon Bruce Zimmerman jbz@robinsonwood.com, jkt@robinsonwood.com

5  Tomas Eduardo Margain margainlaw@hotmail.com, ac.jdblaw@earthlink.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-2189 JF (RS)
ORDER OF DISMISSAL
(JFLC2)